| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)*                                   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | **OIB LLC** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years |
|---|---|
| | Include any assumed names, trade names and *doing business as* names |

| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0823378** |
|---|---|---|

**4.  Debtor's address**

**Principal place of business**

**3006 Ave San Cristobal
Coto Laurel, PR 00780-2896**
Number, Street, City, State & ZIP Code

**Ponce**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**3006 Ave San Cristobal Coto Laurel, PR 00780-2896**
Number, Street, City, State & ZIP Code

| 5. | Debtor's website (URL) | |
|---|---|---|

**6.  Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

| Debtor | OIB LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050(amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | Relationship | |
|---|---|---|---|
| | _____ | _____ | |
| | District _____ | When _____ | Case number, if known _____ |

Debtor  **OIB LLC**
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                                   Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | |
|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | **OIB LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 27, 2016**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Francisco J. Lasanta Morales**
Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   **December 27, 2016**
MM / DD / YYYY

**CHARLES A. CUPRILL-HERNANDEZ**
Printed name

**CHARLES A CUPRILL PCS LAW OFFICES**
Firm name

**356 FORTALEZA STREET
SECOND FLOOR
San Juan, PR 00901**
Number, Street, City, State & ZIP Code

Contact phone   **787-977-0515**     Email address   ccuprill@cuprill.com

**USDC-PR114312**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **OIB LLC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended Schedule _____

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 27, 2016**    X _____

Signature of individual signing on behalf of debtor

**Francisco J. Lasanta Morales**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **OIB LLC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from Schedule A/B .............................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from Schedule A/B ............................................................................    $    **2,633,434.02**

    **1c. Total of all property:**
    Copy line 92 from Schedule A/B ..............................................................................    $    **2,633,434.02**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ...........    $    **279,594.16**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F .................................................    $    **36,519.17**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ..........................    +$    **489,290.69**

4. **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b      $    **805,404.02**

**Fill in this information to identify the case:**

Debtor name **OIB LLC**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on **Schedule G: Executory Contracts and Unexpired Leases** (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | $2,500.00 |
| 2.  **Cash on hand** | $2,000.00 |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $4,500.00 |
|---|

**Part 2:**  Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**  Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | 844,327.00 | - | 0.00 | = .... | $844,327.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor **OIB LLC**
Name

Case number *(If known)* _____

| 11b. Over 90 days old: | 516,626.07 | - | 0.00 | =... | $516,626.07 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$1,360,953.07**

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2014 Jeep Cherokee | $32,266.72 | Book Value | $32,266.72 |

**48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.    Aircraft and accessories**

**50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **OIB LLC**
Name

Case number *(If known)* _____

| 51. | **Total of Part 8.** | | $32,266.72 |
|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☒ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

- ☒ No. Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☒ No. Go to Part 11.
- ☐ Yes Fill in the information below.

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.
- ☒ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>Prepaid sales and use tax  Tax year 2015 | $77,241.19 |
| 73. **Interests in insurance policies or annuities**<br>Prepaid insurance | $6,358.34 |
| 74. **Causes of action against third parties** (whether or not a lawsuit has been filed) | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 3

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor ___OIB LLC_____  Case number *(If known)* _____
             Name

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

| $83,599.53 |
| --- |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 4

Debtor     **OIB LLC**
           Name                                            Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,360,953.07 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $32,266.72 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $83,599.53 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,481,319.32 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,481,319.32 |

**Fill in this information to identify the case:**

Debtor name  **OIB LLC**

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Reliable Auto** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**2014 Jeep Cherokee**

| | $34,594.16 | $32,266.72 |
|---|---|---|

**PO Box 21382 Box 21382**
**San Juan, PR 00928-1382**
Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**01/01/16 @ 12/31/16**
Last 4 digits of account number
**9455**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Scotiabank de Puerto Rico** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**Accounts receivable**

| | $245,000.00 | $1,152,114.70 |
|---|---|---|

**PO Box 362394**
**San Juan, PR 00936-2394**
Creditor's mailing address

Describe the lien

_____

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**01/01/16 @ 12/31/16**
Last 4 digits of account number
**8380**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 2

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor  **OIB LLC**
_____  Case number (f know) _____
Name

_____

| | |
|---|---|
| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $279,594.16 |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **OIB LLC**

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alexis Cordero Rodriguez**<br><br>PO Box 10007<br>Guayama, PR 00785-4007 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $1,270.40 | $1,270.40 |
| | Date or dates debt was incurred<br>**07/01/16 @ 12/28/16** | Basis for the claim:<br>**Accrued Vacation and Sick Leave** | | |
| | Last 4 digits of account number **4738** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alvaro E Vasallo Maldonado**<br><br>2103 Portales del Monte<br>Coto Laurel, PR 00780-2022 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $384.00 | $384.00 |
| | Date or dates debt was incurred<br>**07/01/16 @ 12/28/16** | Basis for the claim:<br>**Accrued Vacation and Sick Leave** | | |
| | Last 4 digits of account number **2736** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 CiN Group - www.cincompass.com

Debtor   **OIB LLC**
Name

Case number (if known) _____

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.00 | $630.00 |
|---|---|---|---|---|

**Aurelio de Leon Ortiz**
**Comunidad Mirarmar**
**644 Calle Jazmin # 50**
**Guayama, PR 00784-7373**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **7478**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | | $272.00 | $272.00 |
|---|---|---|---|---|

**Benito Flores Ortiz**
**Jardines de la Reina Calle Acacia**
**# 81**
**Guayama, PR 00784**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **4065**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | $435.00 | $435.00 |
|---|---|---|---|---|

**Benjamin Reyes Rodriguez**

**Urb. El Palmar Casa D-8**
**Arroyo, PR 00714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **6343**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | $476.00 | $476.00 |
|---|---|---|---|---|

**Carlos L Garcia Velez**
**Parcela El Tuque**
**5167 Calle Lorencita Ferrer**
**Ponce, PR 00728-4834**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **6219**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **OIB LLC**
_____
Name

Case number (if known) _____

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.72 | $1,394.72 |
|---|---|---|---|---|

**Carlos R Pabon Morales**

PO Box 32118
Ponce, PR 00732-2118

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **2482**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.00 | $406.00 |
|---|---|---|---|---|

**Edgardo J Nieves Rodriguez**

HC 1 Box 9478
Penuelas, PR 00624-9738

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **6107**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.00 | $630.00 |
|---|---|---|---|---|

**Eduardo Colon Gomez**
**Bda. Santa Ana**
162-18 Calle 0
Guayama, PR 00784

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **0699**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $667.00 | $667.00 |
|---|---|---|---|---|

**Eliezer Troche Rivera**

HC 1 Box 7290
Guayanilla, PR 00656-9432

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **4680**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | OIB LLC | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,728.00 | $1,728.00 |

**Eliot Pacheco Bulted**

**970 Comunidad Caracoles III
Peñuelas, PR 00624**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **9152**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.00 | $203.00 |

**Eric F Soto Garcia**

**PO Box 1399 Box 1399
Maunabo, PR 00707-1399**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **9333**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.00 | $476.00 |

**Excer Santiago Vazquez**

**19 Calle A
Yauco, PR 00698-4878**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **0914**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |

**Felix L Diaz Vazquez**

**215 Calle B Bda Santa Ana Blvd
Guayama, PR 00784**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **1499**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **OIB LLC**
Name                                                                Case number (if known)

| 2.15 | Priority creditor's name and mailing address **Francisco J De Jesus Mercado** | As of the petition filing date, the claim is: *Check all that apply.* | $522.00 | $522.00 |

HC 1 Box 9009
Penuelas, PR 00624-9249

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **3246**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address **Francisco J. Lasanta Morales** | As of the petition filing date, the claim is: *Check all that apply.* | $8,655.00 | $8,655.00 |

PO Box 801145
Coto Laurel, PR 00780-1145

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **3348**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address **Gerardo Plaza Badea** | As of the petition filing date, the claim is: *Check all that apply.* | $396.00 | $396.00 |

PO Box 698
Adjuntas, PR 00601-0698

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **9225**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address **Hector L Quiñones Ruiz** | As of the petition filing date, the claim is: *Check all that apply.* | $408.00 | $408.00 |

HC 1 Box 8931
Penuelas, PR 00624-9223

☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **0095**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **OIB LLC**
_____
Name                                                            Case number (if known) _____

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.00 | $272.00 |
|---|---|---|---|---|

**Hector Mari Colon**

HC 2 Box 6510
Guayanilla, PR 00656-9715

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **4323**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.00 | $384.00 |
|---|---|---|---|---|

**Hector R Vazquez Nazario**

HC 37 Box 4328
Guanica, PR 00653-8425

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **1453**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $783.00 | $783.00 |
|---|---|---|---|---|

**Henry O Cruz Martinez**

HC 2 Box 4376
Guayama, PR 00784-8582

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **5214**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.00 | $203.00 |
|---|---|---|---|---|

**Heriberto Diaz Rivera**

HC 65 Box 4338
Patillas, PR 00723-9224

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **0008**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor   **OIB LLC**
Name                                          Case number (if known)

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $522.00 | $522.00 |

**Heriberto Lozada Garcia**

PO Box 312
Patillas, PR 00723-0312

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **5627**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $714.00 | $714.00 |

**Jimmy Velazquez Gonzalez**

HC 8 Box 1082
Ponce, PR 00731-9501

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **7307**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |

**Johnny Vazquez Rodriguez**

5-7 Calle Santa Barbara Blvd
Guayama, PR 00784

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **8268**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $714.00 | $714.00 |

**Jorge Colon Torres**

HC 2 Box 5653
Villalba, PR 00766-9751

Check all that apply.
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **4787**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor   **OIB LLC**
_____   Case number (if known) _____
Name

| 2.27 | Priority creditor's name and mailing address | | $672.00 | $672.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Jose A Arroyo Ortiz**

**HC 2 Box 6621**
**Adjuntas, PR 00601-9284**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **7450**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

2.28   Priority creditor's name and mailing address
**Jose Pagan Oliveras**

**HC 1 Box 10193**
**Penuelas, PR 00624-9726**

As of the petition filing date, the claim is:          $1,530.00      $1,530.00
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **8661**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

2.29   Priority creditor's name and mailing address
**Juan Torres Badea**

**HC 1 Box 3911**
**Adjuntas, PR 00601-9564**

As of the petition filing date, the claim is:          $320.00      $320.00
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **9593**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

---

2.30   Priority creditor's name and mailing address
**Julio C Albizu Guzman**

**HC 6 Box 4789**
**Coto Laurel, PR 00780-9546**

As of the petition filing date, the claim is:          $480.00      $480.00
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number **2767**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☑ No
☐ Yes

Debtor   **OIB LLC**
_____   Case number (if known) _____
Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $672.00 | $672.00 |
|---|---|---|---|---|

**Julio R Albizu Guzman**

HC 6 Box 4789
**Coto Laurel, PR 00780-9546**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **07/01/16 @ 12/28/16** | **Accrued Vacation and Sick** |

Last 4 digits of account number **8399**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $544.00 | $544.00 |
|---|---|---|---|---|

**Luis A Rivera Roque**

449 Calle Rosendo M Cintron
Parcela Magu
**Ponce, PR 00728**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **07/01/16 @ 12/28/16** | **Accrued Vacation and Sick Leave** |

Last 4 digits of account number **7635**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|

**Luis A Torres Cruz**

RR 1 Box 6482
**Guayama, PR 00784-3534**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **07/01/16 @ 12/28/16** | **Accrued Vacation and Sick Leave** |

Last 4 digits of account number **2369**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.05 | $8.05 |
|---|---|---|---|---|

**Luis A Torres Rios**

HC 1
**Coamo, PR 00769-9800**

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **07/01/16 @ 12/28/16** | **Accrued Vacation and Sick Leave** |

Last 4 digits of account number **6455**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | OIB LLC | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | |

---

**2.35** Priority creditor's name and mailing address

**Luis E Pirela De Jesus**

HC 1
Arroyo, PR 00714-9801

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Last 4 digits of account number **6678**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and Sick Leave**

Is the claim subject to offset?
■ No
☐ Yes

$495.00     $495.00

---

**2.36** Priority creditor's name and mailing address

**Luis O Morales Figueroa**

128 Calle Topica Com Las 500
Arroyo, PR 00714

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Last 4 digits of account number **3840**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and Sick Leave**

Is the claim subject to offset?
■ No
☐ Yes

$306.00     $306.00

---

**2.37** Priority creditor's name and mailing address

**Luis P Torres Collazo**

L8 Calle Bucayo Gigante El Valle
Los Pra
Caguas, PR 00727

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Last 4 digits of account number **5986**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and Sick Leave**

Is the claim subject to offset?
■ No
☐ Yes

$3,606.00     $3,606.00

---

**2.38** Priority creditor's name and mailing address

**Marilyn Torres Montanez**

PO Box 985 Box 985
Coamo, PR 00769-0985

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Last 4 digits of account number **8679**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and Sick Leave**

Is the claim subject to offset?
■ No
☐ Yes

$340.00     $340.00

---

Debtor  **OIB LLC**
_____
Name

Case number (if known) _____

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,008.00 | $1,008.00 |

**2.39**  Priority creditor's name and mailing address
**Oscar Garcia Rivera**

HC 2 Box 3790
Penuelas, PR 00624-9613

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Last 4 digits of account number **7815**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and Sick Leave**

Is the claim subject to offset?
■ No
☐ Yes

$1,008.00    $1,008.00

---

**2.40**  Priority creditor's name and mailing address
**Osvaldo Garcia Molina**

280 Calle B
Guayama, PR 00784-7227

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Last 4 digits of account number **7090**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and Sick Leave**

Is the claim subject to offset?
■ No
☐ Yes

$720.00    $720.00

---

**2.41**  Priority creditor's name and mailing address
**Rafael Diaz Rivera**

HC 65 Box 4338
Patillas, PR 00723-9224

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Last 4 digits of account number **2091**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and Sick Leave**

Is the claim subject to offset?
■ No
☐ Yes

$203.00    $203.00

---

**2.42**  Priority creditor's name and mailing address
**Remi A Figueroa Pagan**

Urb. Hillcrest Village Paseo de la
Loma
Ponce, PR 00716-7038

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Last 4 digits of account number **2534**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:
**Accrued Vacation and Sick Leave**

Is the claim subject to offset?
■ No
☐ Yes

$238.00    $238.00

---

Debtor __OIB LLC_____  Case number (if known) _____
            Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $819.00 | $819.00 |

**2.43** Priority creditor's name and mailing address
**Sergio J Torres Colon**

HC 5 Box 5338
Juana Diaz, PR 00795-9830

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$819.00   $819.00

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number __8818__

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.44** Priority creditor's name and mailing address
**Wilfredo Quiñones Rodriguez**

HC 1 Box 9352
Penuelas, PR 00624-9239

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$348.00   $348.00

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number __9855__

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**2.45** Priority creditor's name and mailing address
**William X Vazquez Laboy**

HC 63 Box 3469
Patillas, PR 00723-9609

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$540.00   $540.00

Date or dates debt was incurred
**07/01/16 @ 12/28/16**

Basis for the claim:
**Accrued Vacation and Sick Leave**

Last 4 digits of account number __3176__

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
**ACE Forming Systems, Inc.**

PO Box 363707
San Juan, PR 00936-3707

Date(s) debt was incurred __01/01/16 @ 12/28/16__
Last 4 digits of account number __5256__

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset?  ☑ No  ☐ Yes

$7,324.55

**3.2** Nonpriority creditor's name and mailing address
**AJD Transport**

163 Calle Rosal Hda Florida
Yauco, PR 00698

Date(s) debt was incurred __01/01/16 @ 12/28/16__
Last 4 digits of account number __BLLC__

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset?  ☑ No  ☐ Yes

$133.80

---

Debtor **OIB LLC**
Name

Case number (if known) _____

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,402.50 |
|---|---|---|---|

**AKASAH**
**Urb. Vista de Coamo**
**257 Calle Cascadas**
**Coamo, PR 00769**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **01/01/16 @ 12/28/16**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,542.83 |
|---|---|---|---|

**AKM MFG, Inc.**

**418 Calle A Ste 1**
**San Juan, PR 00920-2005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **01/01/16 @ 12/28/16**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **I001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,480.00 |
|---|---|---|---|

**Alonso & Carus**

**PO Box 566**
**Catano, PR 00963-0566**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **01/01/16 @ 12/28/16**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $914.00 |
|---|---|---|---|

**ARB Inc.**

**PO Box 1055**
**Catano, PR 00963-1055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **01/01/16 @ 12/28/16**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **3523**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 |
|---|---|---|---|

**Art Roofing and LWC**

**PO Box 800531**
**Coto Laurel, PR 00780-0531**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **01/01/16 @ 12/28/16**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **BLLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,824.36 |
|---|---|---|---|

**Blue Line Rental**

**8401 New Trails Dr Ste 150**
**The Woodlands, TX 77381-4083**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **01/01/16 @ 12/28/16**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **0450**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,100.00 |
|---|---|---|---|

**Carlos J. Vazquez-Pagan**

**HC 63**
**Patillas, PR 00723-9801**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **01/01/16 @ 12/28/16**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **OIB LLC**
_____   Case number (if known) _____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,036.41** |

**Carolina Building Materials**

PO Box 3570
Carolina, PR 00984-3570

Date(s) debt was incurred  __01/01/16 @ 12/28/16__
Last 4 digits of account number  __0369__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,844.49** |

**CIB**

PO Box 364086
San Juan, PR 00936-4086

Date(s) debt was incurred  __01/01/16 @ 12/28/16__
Last 4 digits of account number  __3092__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$452.33** |

**CONSPRO Corp**

PO Box 361628
San Juan, PR 00936-1628

Date(s) debt was incurred  __01/01/16 @ 12/28/16__
Last 4 digits of account number  __B001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |

**Daltile**
**Palma Industrial Zone**
430 Calle 4 Ste 2
Catano, PR 00962-6353

Date(s) debt was incurred  __01/01/16 @ 12/28/16__
Last 4 digits of account number  __8001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,190.66** |

**Edwin Plaza**

HC 2 Box 6547
Adjuntas, PR 00601-9275

Date(s) debt was incurred  __01/01/16 @ 12/28/16__
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,686.66** |

**Emilio Sampoll**

Urb. Las Delicias, Calle Fidelia Mathew
Ponce, PR 00728

Date(s) debt was incurred  __01/01/16 @ 12/28/16__
Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$373.53** |

**Empresas de Soldadura**

PO Box 365047
San Juan, PR 00936-5047

Date(s) debt was incurred  __01/01/16 @ 12/28/16__
Last 4 digits of account number  __2162__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **OIB LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,212.50 |
|---|---|---|---|

**Francisco Tripari**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/16 @ 12/28/16

Basis for the claim:  Trade Debt

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,615.66 |
|---|---|---|---|

**Galo Concrete LLC**

PO Box 10007
Guayama, PR 00785-4007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/16 @ 12/28/16

Basis for the claim:  Trade Debt

Last 4 digits of account number  BLLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,226.10 |
|---|---|---|---|

**Greenscape**

PO Box 1636
Sabana Seca, PR 00952-1636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/16 @ 12/28/16

Basis for the claim:  Trade Debt

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,748.16 |
|---|---|---|---|

**JJ Rental LLC**

HC 6 Box 9015
Juana Diaz, PR 00795-9646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/16 @ 12/28/16

Basis for the claim:  Trade Debt

Last 4 digits of account number  0506

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,303.56 |
|---|---|---|---|

**La Casa de los Tornillos**

PO Box 365047
San Juan, PR 00936-5047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/16 @ 12/28/16

Basis for the claim:  Trade Debt

Last 4 digits of account number  2162

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,315.95 |
|---|---|---|---|

**Marxuach Precast Solutions, Inc.**

PO Box 2149
San Juan, PR 00922-2149

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/16 @ 12/28/16

Basis for the claim:  Trade Debt

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,963.30 |
|---|---|---|---|

**Power Precas Products Corp**

PO Box 1707
Rio Grande, PR 00745-1707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/01/16 @ 12/28/16

Basis for the claim:  Trade Debt

Last 4 digits of account number  B001

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **OIB LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.24** | Nonpriority creditor's name and mailing address
**PR Wire Products Corp**

PO Box 363167
San Juan, PR 00936-3167

Date(s) debt was incurred  01/01/16 @ 12/28/16
Last 4 digits of account number  5256

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,055.69**

---

**3.25** | Nonpriority creditor's name and mailing address
**Refricentro Inc**

308 Barbosa Ave
San Juan, PR 00917-4300

Date(s) debt was incurred  01/01/16 @ 12/28/16
Last 4 digits of account number  9863

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$51.29**

---

**3.26** | Nonpriority creditor's name and mailing address
**RIMCO**

PO Box 362529
San Juan, PR 00936-2529

Date(s) debt was incurred  01/01/16 @ 12/28/16
Last 4 digits of account number  5102

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$2,496.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**Robles Aggregates Inc**

PO Box 801028
Coto Laurel, PR 00780-1028

Date(s) debt was incurred  01/01/16 @ 12/28/16
Last 4 digits of account number  BLLC

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,068.18**

---

**3.28** | Nonpriority creditor's name and mailing address
**Roger Electric**

PO Box 3166
Bayamon, PR 00960-3166

Date(s) debt was incurred  01/01/16 @ 12/28/16
Last 4 digits of account number  0094

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,058.25**

---

**3.29** | Nonpriority creditor's name and mailing address
**SM Electrical Contractors, SE**

3006 Ave San Cristobal
Coto Laurel, PR 00780-2896

Date(s) debt was incurred  01/01/16 @ 12/28/16
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,000.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**Steel Services & Supplies**

PO Box 2528
Toa Baja, PR 00951-2528

Date(s) debt was incurred  01/01/16 @ 12/28/16
Last 4 digits of account number  1006

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,319.62**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **OIB LLC**
_____
Name                                                           Case number (if known) _____

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,293.40 |

**Ventor Corp**

PO Box 2727
Carolina, PR 00984-2727

Date(s) debt was incurred  **01/01/16 @ 12/28/16**

Last 4 digits of account number  **1294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,728.96 |

**Vergel Quiros**

HC 2 Box 6547
Guayanilla, PR 00656-9738

Date(s) debt was incurred  **01/01/16 @ 12/28/16**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,338.00 |

**Vives Rental Equipment, Inc.**

Date(s) debt was incurred  **01/01/16 @ 12/28/16**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $973.90 |

**Warren del Caribe**

PO Box 309
Caguas, PR 00726-0309

Date(s) debt was incurred  **01/01/16 @ 12/28/16**

Last 4 digits of account number  **0710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,316.05 |

**Water Work Suppliers**

PO Box 366203
San Juan, PR 00936-6203

Date(s) debt was incurred  **01/01/16 @ 12/28/16**

Last 4 digits of account number  **BLLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,700.00 |

**Z Electric Sales, Inc**

PO Box 100
Bayamon, PR 00960-0100

Date(s) debt was incurred  **01/01/16 @ 12/28/16**

Last 4 digits of account number  **BLLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **OIB LLC**
Name

Case number (f known) _____

| | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a. $ 36,519.17 |
| **5b. Total claims from Part 2** | 5b. + $ 489,290.69 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ 525,809.86 |

**Fill in this information to identify the case:**

Debtor name **OIB LLC**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name / Mailing Address | | Name | Check all schedules that apply: |
| 2.1 Francisco J. Lasanta Morales | 3006 Ave San Cristobal<br>Coto Laurel, PR 00780-2896<br>Telephone : (787) 842-8822 | Scotiabank de Puerto Rico | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 Francisco Lasanta Gonzalez | 3006 Ave San Cristobal<br>Coto Laurel, PR 00780-2896<br>Telephone : (787) 842-8822 | Scotiabank de Puerto Rico | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 SM Electrical Contractors, SE | 3006 Ave San Cristobal<br>Coto Laurel, PR 00780-2896<br>Telephone : (787) 842-8822 | Scotiabank de Puerto Rico | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | OIB LLC |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Z Electric Sales, Inc PO Box 100 Bayamon, PR 00960-0100 | Sra. Beatriz Cintron (787) 740-0404 | Trade debt | | | | $199,700.00 |
| Alonso & Carus PO Box 566 Catano, PR 00963-0566 | Javier Rodriguez (787) 788-1065 | Trade debt | | | | $49,480.00 |
| Marxuach Precast Solutions, Inc. PO Box 2149 San Juan, PR 00922-2149 | Heyda Jimenez | Trade debt | | | | $43,315.95 |
| Galo Concrete LLC PO Box 10007 Guayama, PR 00785-4007 | Carmen L. Mercado (787) 510-0046 | Trade debt | | | | $41,615.66 |
| Power Precas Products Corp PO Box 1707 Rio Grande, PR 00745-1707 | Kathy Padilla (787) 887-2005 | Trade debt | | | | $14,963.30 |
| Robles Aggregates Inc PO Box 801028 Coto Laurel, PR 00780-1028 | Leyda Martinez (787) 284-3065 | Trade debt | | | | $14,068.18 |
| PR Wire Products Corp PO Box 363167 San Juan, PR 00936-3167 | Dina Aponte (787) 288-8080 | Trade debt | | | | $13,055.69 |

| Debtor | OIB LLC | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AKM MFG, Inc. 418 Calle A Ste 1 San Juan, PR 00920-2005 | Arlene Gonzalez  (787) 620-4950 | Trade debt | | | | $10,542.83 |
| Ventor Corp PO Box 2727 Carolina, PR 00984-2727 | Becky Paniagua  (787) 752-1740 | Trade debt | | | | $9,293.40 |
| Water Work Suppliers PO Box 366203 San Juan, PR 00936-6203 | Ilda Freire | Trade debt | | | | $8,316.05 |
| Carolina Building Materials PO Box 3570 Carolina, PR 00984-3570 | Edna Morales  (787) 769-0176 | Trade debt | | | | $8,036.41 |
| ACE Forming Systems, Inc. PO Box 363707 San Juan, PR 00936-3707 | Nilsa Rosario  (787) 288-8080 | Trade debt | | | | $7,324.55 |
| Daltile Palma Industrial Zone 430 Calle 4 Ste 2 Catano, PR 00962-6353 | Daniel Santana  (787) 791-6618 | Trade debt | | | | $7,000.00 |
| Steel Services & Supplies PO Box 2528 Toa Baja, PR 00951-2528 | Mardelis Berrios  (787) 794-2250 | Trade debt | | | | $6,319.62 |
| Carlos J. Vazquez-Pagan HC 63 Patillas, PR 00723-9801 | Carlos J. Vazquez  (787) 938-0651 | Trade debt | | | | $5,100.00 |
| JJ Rental LLC HC 6 Box 9015 Juana Diaz, PR 00795-9646 | Angel Nuñez  (787) 984-7189 | Trade debt | | | | $4,748.16 |
| Vergel Quiros HC 2 Box 6547 Guayanilla, PR 00656-9738 | Vergel Quiros  (787) 526-7503 | Trade debt | | | | $4,728.96 |
| Blue Line Rental 8401 New Trails Dr Ste 150 The Woodlands, TX 77381-4083 | Luz Antonio  (832) 299-7840 | Trade debt | | | | $3,824.36 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Debtor **OIB LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Luis P Torres Collazo L8 Calle Bucayo Gigante El Valle Los Pra Caguas, PR 00727** | | | Unliquidated | | | $3,606.00 |
| **Art Roofing and LWC PO Box 800531 Coto Laurel, PR 00780-0531** | **Jose Berrios** **(787) 642-7745** | Trade debt | | | | $3,200.00 |

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                          Case No. _____

**OIB LLC**                                                     Chapter **11** _____

                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **December 27, 2016** _____   Signature: _____

                                            **Francisco J. Lasanta Morales, Managing Member**       Debtor

Date: _____   Signature: _____

                                                                              Joint Debtor, if any

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
                              OIB Creditor's Data
Creditors with PRIORITY Unsecured Claims


Alexis Cordero Rodriguez
PO Box 10007
Guayama, PR 00785-4007

Alvaro E Vasallo Maldonado
2103 Portales del Monte
Coto Laurel, PR 00780-2022

Aurelio de Leon Ortiz
Comunidad Mirarmar
644 Calle Jazmin # 50
Guayama, PR 00784-7373

Benito Flores Ortiz
Jardines de la Reina
Calle Acacia # 81
Guayama, PR 00784

Benjamin Reyes Rodriguez
Urb. El Palmar Casa D-8
Arroyo, PR 00714

Carlos L Garcia Velez
Parcela El Tuque
5167 Calle Lorencita Ferrer
Ponce, PR 00728-4834

Carlos R Pabon Morales
PO Box 32118
Ponce, PR 00732-2118

Edgardo J Nieves Rodriguez
HC 1 Box 9478
Penuelas, PR 00624-9738

Eduardo Colon Gomez
Bda. Santa Ana
162-18 Calle 0
Guayama, PR 00784

Eliezer Troche Rivera
HC 1 Box 7290
Guayanilla, PR 00656-9432

Eliot Pacheco Bulted
970 Comunidad Caracoles III
Peñuelas, PR 00624

Eric F Soto Garcia
PO Box 1399 Box 1399
Maunabo, PR 00707-1399

Excer Santiago Vazquez
19 Calle A
Yauco, PR 00698-4878

Felix L Diaz Vazquez
215 Calle B Bda Santa Ana Blvd
Guayama, PR 00784
```

OIB Creditor's Data

Francisco J De Jesus Mercado
HC 1 Box 9009
Penuelas, PR 00624-9249

Francisco J. Lasanta Morales
PO Box 801145
Coto Laurel, PR 00780-1145

Gerardo Plaza Badea
PO Box 698
Adjuntas, PR 00601-0698

Hector L Quiñones Ruiz
HC 1 Box 8931
Penuelas, PR 00624-9223

Hector Mari Colon
HC 2 Box 6510
Guayanilla, PR 00656-9715

Hector R Vazquez Nazario
HC 37 Box 4328
Guanica, PR 00653-8425

Henry O Cruz Martinez
HC 2 Box 4376
Guayama, PR 00784-8582

Heriberto Diaz Rivera
HC 65 Box 4338
Patillas, PR 00723-9224

Heriberto Lozada Garcia
PO Box 312
Patillas, PR 00723-0312

Jimmy Velazquez Gonzalez
HC 8 Box 1082
Ponce, PR 00731-9501

Johnny Vazquez Rodriguez
5-7 Calle Santa Barbara Blvd
Guayama, PR 00784

Jorge Colon Torres
HC 2 Box 5653
Villalba, PR 00766-9751

Jose A Arroyo Ortiz
HC 2 Box 6621
Adjuntas, PR 00601-9284

Jose Pagan Oliveras
HC 1 Box 10193
Penuelas, PR 00624-9726

Juan Torres Badea
HC 1 Box 3911
Adjuntas, PR 00601-9564

Julio C Albizu Guzman
HC 6 Box 4789
Coto Laurel, PR 00780-9546

Page 2

OIB Creditor's Data

Julio R Albizu Guzman
HC 6 Box 4789
Coto Laurel, PR 00780-9546

Luis A Rivera Roque
449 Calle Rosendo M Cintron
Parcela Magu
Ponce, PR 00728

Luis A Torres Cruz
RR 1 Box 6482
Guayama, PR 00784-3534

Luis A Torres Rios
HC 1
Coamo, PR 00769-9800

Luis E Pirela De Jesus
HC 1
Arroyo, PR 00714-9801

Luis O Morales Figueroa
128 Calle Topica Com Las 500
Arroyo, PR 00714

Luis P Torres Collazo
L8 Calle Bucayo Gigante El Valle
Los Pra
Caguas, PR 00727

Marilyn Torres Montanez
PO Box 985 Box 985
Coamo, PR 00769-0985

Oscar Garcia Rivera
HC 2 Box 3790
Penuelas, PR 00624-9613

Osvaldo Garcia Molina
280 Calle B
Guayama, PR 00784-7227

Rafael Diaz Rivera
HC 65 Box 4338
Patillas, PR 00723-9224

Remi A Figueroa Pagan
Urb. Hillcrest Village Paseo de la
Loma
Ponce, PR 00716-7038

Sergio J Torres Colon
HC 5 Box 5338
Juana Diaz, PR 00795-9830

Wilfredo Quiñones Rodriguez
HC 1 Box 9352
Penuelas, PR 00624-9239

William X Vazquez Laboy
HC 63 Box 3469
Patillas, PR 00723-9609

OIB Creditor's Data

Creditors with NONPRIORITY Unsecured Claims

ACE Forming Systems, Inc.
PO Box 363707
San Juan, PR 00936-3707

AJD Transport
163 Calle Rosal Hda Florida
Yauco, PR 00698

AKASAH
Urb. Vista de Coamo
257 Calle Cascadas
Coamo, PR 00769

AKM MFG, Inc.
418 Calle A Ste 1
San Juan, PR 00920-2005

Alonso & Carus
PO Box 566
Catano, PR 00963-0566

ARB Inc.
PO Box 1055
Catano, PR 00963-1055

Art Roofing and LWC
PO Box 800531
Coto Laurel, PR 00780-0531

Blue Line Rental
8401 New Trails Dr Ste 150
The Woodlands, TX 77381-4083

Carlos J. Vazquez-Pagan
HC 63
Patillas, PR 00723-9801

Carolina Building Materials
PO Box 3570
Carolina, PR 00984-3570

CIB
PO Box 364086
San Juan, PR 00936-4086

CONSPRO Corp
PO Box 361628
San Juan, PR 00936-1628

Daltile
Palma Industrial Zone
430 Calle 4 Ste 2
Catano, PR 00962-6353

Edwin Plaza
HC 2 Box 6547
Adjuntas, PR 00601-9275

OIB Creditor's Data

Emilio Sampoll
Urb. Las Delicias, Calle Fidelia Mathew
Ponce, PR 00728

Empresas de Soldadura
PO Box 365047
San Juan, PR 00936-5047

Francisco Tripari
Urb. Buena Vista
Calle Calma 1241
Ponce, PR 00717

Galo Concrete LLC
PO Box 10007
Guayama, PR 00785-4007

Greenscape
PO Box 1636
Sabana Seca, PR 00952-1636

JJ Rental LLC
HC 6 Box 9015
Juana Diaz, PR 00795-9646

La Casa de los Tornillos
PO Box 365047
San Juan, PR 00936-5047

Marxuach Precast Solutions, Inc.
PO Box 2149
San Juan, PR 00922-2149

Power Precas Products Corp
PO Box 1707
Rio Grande, PR 00745-1707

PR Wire Products Corp
PO Box 363167
San Juan, PR 00936-3167

Refricentro Inc
308 Barbosa Ave
San Juan, PR 00917-4300

RIMCO
PO Box 362529
San Juan, PR 00936-2529

Robles Aggregates Inc
PO Box 801028
Coto Laurel, PR 00780-1028

Roger Electric
PO Box 3166
Bayamon, PR 00960-3166

SM Electrical Contractors, SE
3006 Ave San Cristobal
Coto Laurel, PR 00780-2896

Steel Services & Supplies
PO Box 2528

OIB Creditor's Data

Toa Baja, PR 00951-2528

Ventor Corp
PO Box 2727
Carolina, PR 00984-2727

Vergel Quiros
HC 2 Box 6547
Guayanilla, PR 00656-9738

Vives Rental Equipment, Inc.
Urb. Vives
Calle 4 #34
Guayama, PR 00784

Warren del Caribe
PO Box 309
Caguas, PR 00726-0309

Water Work Suppliers
PO Box 366203
San Juan, PR 00936-6203

Z Electric Sales, Inc
PO Box 100
Bayamon, PR 00960-0100

**Fill in this information to identify the case:**

Debtor name **OIB LLC**

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **4/01/2016** to Filing Date | ☑ Operating a business<br>☐ Other _____ | $2,567,683.00 |
| **For prior year:** From **4/01/2015** to **3/31/2016** | ☑ Operating a business<br>☐ Other _____ | $3,489,927.00 |
| **For year before that:** From **4/01/2014** to **3/31/2015** | ☑ Operating a business<br>☐ Other _____ | $2,009,289.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor     OIB LLC

Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. Art Roofing and LWC<br>PO Box 800531<br>Coto Laurel, PR 00780-0531 | 9/01/16<br>9/15/16<br>11/03/16 | $31,085.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. Alonso & Carus<br>PO Box 566<br>Catano, PR 00963-0566 | 10/13/16 | $102,630.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. ACO Polymer Products Inc<br>PO Box 72145<br>Cleveland, OH 44192-0002 | 9/08/16<br>11/03/16 | $16,695.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Corporación del Fondo de Seguro del Esta<br>PO Box 365028<br>San Juan, PR 00936-5028 | 10/6/16<br>10/20/16 | $25,012.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Workmen's Compensation Policy** |
| 3.5. Carlos J. Vazquez-Pagan<br>HC 63<br>Patillas, PR 00723-9801 | 9/01/16<br>9/08/16<br>9/22/16<br>10/06/16<br>10/13/16<br>10/20/16<br>10/27/16<br>11/03/16<br>11/10/16<br>11/23/16<br>11/23/16 | $35,836.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. Contech Engineered Solutions, Inc<br>PMB 711 Ave. Rafael Cordero Ste 140<br>Caguas, PR 00725 | 10/06/16 | $42,589.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. Daltile<br>430 Calle 4 Ste 2<br>Catano, PR 00962-6353 | 10/27/16 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor ___OIB LLC_____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. Galo Concrete LLC<br>PO Box 10007<br>Guayama, PR 00785-4007 | 9/01/16<br>9/08/16<br>9/15/16<br>9/22/16<br>9/29/15<br>10/06/16<br>10/13/16<br>10/20/16<br>10/27/16<br>11/03/16<br>11/10/16<br>11/17/16 | $144,031.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. Greenscape<br>PO Box 1636<br>Sabana Seca, PR 00952-1636 | 10/13/16 | $11,919.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. Jose Lopez Domenech<br>HC 6 Box 9015<br>Juana Diaz, PR 00795-9646 | 10/06/16<br>10/18/16 | $16,173.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. Marxuach<br>PO Box 2149<br>San Juan, PR 00922-2149 | 9/29/16<br>9/30/16<br>10/06/16<br>10/13/16<br>10/06/16 | $275,646.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. SM Electrical Contractors, SE<br>3006 Ave San Cristobal<br>Coto Laurel, PR 00780-2896 | 9/15/16<br>10/13/16<br>11/17/16 | $33,599.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.13. Water Work Suppliers<br>PO Box 366203<br>San Juan, PR 00936-6203 | 10/27/16 | $8,316.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. AKM MFG, Inc.<br>418 Calle A Ste 1<br>San Juan, PR 00920-2005 | 9/08/16 | $24,714.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   __OIB LLC__

Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.15 | ACE Forming Systems, Inc.<br>PO Box 363707<br>San Juan, PR 00936-3707 | 9/01/16<br>9/08/16<br>9/15/16<br>9/22/16<br>9/29/16<br>10/03/16<br>10/13/16<br>10/20/16<br>10/27/16<br>11/03/16<br>11/10/16<br>11/17/16<br>11/23/16 | $15,914.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16 | CIB Corporation<br>PO Box 364086<br>San Juan, PR 00936-4086 | 9/01/16<br>9/08/16 | $10,513.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17 | Carolina Building Materials<br>PO Box 3570<br>Carolina, PR 00984-3570 | 9/08/16<br>9/15/16<br>10/06/16<br>10/13/16<br>10/20/13<br>11/10/16<br>11/17/16<br>11/23/16 | $24,596.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18 | Gulf Lumber Inc<br>PO Box 70161<br>San Juan, PR 00936-8161 | 9/01/16<br>9/08/16 | $8,365.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19 | JJ Rental LLC<br>HC 6 Box 9015<br>Juana Diaz, PR 00795-9646 | 10/06/16<br>10/13/16<br>10/20/16<br>10/27/16<br>10/31/16<br>11/17/16<br>11/23/16 | $9,567.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20 | Luis Freire Div of KMA<br>PO Box 191874<br>San Juan, PR 00919-1874 | 9/01/16 | $9,910.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   OIB LLC

Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.21 | PR Wire Products Corp<br>PO Box 363167<br>San Juan, PR 00936-3167 | 9/01/16<br>9/08/16<br>9/15/16<br>9/29/16<br>10/06/16<br>10/13/16<br>10/27/16<br>11/03/16<br>11/10/16<br>11/17/16<br>11/23/16 | $15,737.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22 | Roger Electric<br>PO Box 3166<br>Bayamon, PR 00960-3166 | 9/01/16<br>9/08/16<br>9/22/16<br>9/29/16<br>10/06/16<br>10/13/16<br>10/20/16<br>11/03/16<br>11/17/16<br>11/23/16 | $11,147.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23 | Robles Aggregates Inc<br>PO Box 801028<br>Coto Laurel, PR 00780-1028 | 9/29/16<br>10/6/16<br>10/27/16<br>11/03/16<br>11/10/16<br>11/17/16<br>11/23/16 | $24,295.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24 | Steel Services & Supplies<br>PO Box 2528<br>Toa Baja, PR 00951-2528 | 9/08/16<br>9/15/16<br>9/22/16<br>9/29/16<br>10/13/16<br>10/20/16<br>10/27/16 | $23,132.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25 | Z Electric Sales, Inc<br>PO Box 100<br>Bayamon, PR 00960-0100 | 9/15/16<br>10/27/16 | $84,465.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    OIB LLC                                                    Case number (if known) _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Francisco J. Lasanta Morales 3006 Ave San Cristobal Coto Laurel, PR 00780-2896 Managing Member | 12/3/15 12/10/15 12/11/15 12/17/15 12/23/15 12/30/15 1/7/16 1/14/16 1/21/16 1/28/16 2/4/16 2/11/16 2/19/16 2/26/16 3/4/16 3/11/16 3/18/16 3/25/16 4/1/16 4/8/16 4/15/16 4/22/16 4/29/16 5/6/16 5/13/16 5/20/16 5/27/16 6/3/16 6/10/16 6/17/16 6/24/16 7/1/16 7/8/16 7/15/16 7/22/16 7/29/16 8/5/16 8/12/16 8/19/16 8/26/16 9/2/16 9/9/16 9/16/16 9/23/16 9/30/16 10/7/16 10/14/16 10/21/16 10/28/16 11/4/16 11/11/16 11/18/16 11/25/16 | $65,000.20 | Salary |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **OIB LLC**

Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  BANCO POPULAR DE PUERTO RICO PO BOX 263708 SAN JUAN, PR 00936-2708 Managing Partner | 11/12/15 12/11/15 12/30/15 1/12/16 2/4/16 2/12/16 3/10/16 4/12/16 5/12/16 6/9/16 7/1/16 8/11/16 10/12/16 | $223,646.36 | Reimbursement of credit cards purchases material for projects to Francisco J. Lasanta Morales, Master Card Account Number 5310540000552017 |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **OIB LLC**                                          Case number *(if known)* _____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Charles A Cuprill-Hernández**<br>**356 Fortaleza Street, Second Floor**<br>**San Juan, PR 00901** | | **11/11/16** | **$5,000.00** |
| | Email or website address<br>**ccuprill@cuprill.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **RRC CPA Group PSC**<br>**PO Box 336876**<br>**Ponce, PR 00733-6876** | | **11/30/16** | **$1,000.00** |
| | Email or website address<br>**jcolon@rrccpagroup.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

Debtor   **OIB LLC**

Case number *(if known)* _____

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|
|         |                            |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|------------------------------------------------------------------------------------|----------------------------------------------------------------------------|
|                           |                                                                                    |                                                                            |

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|----------------------------------|-------------------------------|-------------------------------------------------------|------------------------------------------|
|                                        |                                  |                               |                                                       |                                          |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|-----------------------------------------|--------------------------------------------|------------------------------|------------------------|
|                                         |                                            |                              |                        |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Official Form 207

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

page 9

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **OIB LLC**   Case number *(if known)* _____

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
□ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
□ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | |
| | | Dates business existed |

---

Debtor   **OIB LLC**

Case number *(if known)*

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Flor Rodriguez Lugo** 3006 Ave San Cristobal Coto Laurel, PR 00780-2896 | **2016** **2015** **2014** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **RRC CPA Group PSC** PO Box 336876 Ponce, PR 00733-6876 | **From April 1, 2015 to March 31, 2016** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Reyes-Ramis CPA Group PSC** PO Box 336876 Ponce, PR 00733-6876 | **From April 1, 20145 to March 31, 2015** **From April 1, 2013 to March 31, 2014** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Flor Rodriguez Lugo** 3006 Ave San Cristobal Coto Laurel, PR 00780-2896 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Scotiabank de Puerto Rico** PO Box 362394 San Juan, PR 00936-2394 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **OIB LLC**    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Francisco J. Lasanta Morales | 3006 Ave San Cristobal Coto Laurel, PR 00780-2896 | Managing Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor   **OIB LLC**                                              Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | | | 12/3/15 | |
| | | | 12/10/15 | |
| | | | 12/11/15 | |
| | | | 12/17/15 | |
| | | | 12/23/15 | |
| | | | 12/30/15 | |
| | | | 1/7/16 | |
| | | | 1/14/16 | |
| | | | 1/21/16 | |
| | | | 1/28/16 | |
| | | | 2/4/16 | |
| | | | 2/11/16 | |
| | | | 2/19/16 | |
| | | | 2/26/16 | |
| | | | 3/4/16 | |
| | | | 3/11/16 | |
| | | | 3/18/16 | |
| | | | 3/25/16 | |
| | | | 4/1/16 | |
| | | | 4/8/16 | |
| | | | 4/15/16 | |
| | | | 4/22/16 | |
| | | | 4/29/16 | |
| | | | 5/6/16 | |
| | | | 5/13/16 | |
| | | | 5/20/16 | |
| | | | 5/27/16 | |
| | | | 6/3/16 | |
| | | | 6/10/16 | |
| | | | 6/17/16 | |
| | | | 6/24/16 | |
| | | | 7/1/16 | |
| | | | 7/8/16 | |
| | | | 7/15/16 | |
| | | | 7/22/16 | |
| | | | 7/29/16 | |
| | | | 8/5/16 | |
| | | | 8/12/16 | |
| | | | 8/19/16 | |
| | | | 8/26/16 | |
| | | | 9/2/16 | |
| | | | 9/9/16 | |
| | | | 9/16/16 | |
| | | | 9/23/16 | |
| | | | 9/30/16 | |
| | | | 10/7/16 | |
| | | | 10/14/16 | |
| | | | 10/21/16 | |
| | | | 10/28/16 | |
| | | | 11/4/16 | |
| | **Francisco J. Lasanta Morales**<br>**3006 Ave San Cristobal**<br>**Coto Laurel, PR 00780-2896** | **65000.20** | 11/11/16<br>11/18/16<br>11/25/16 | **Salary** |
| | Relationship to debtor<br>**Managing Member** | | | |

Debtor   **OIB LLC**                                                    Case number (if known) _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 | | | 11/12/15<br>12/11/15<br>12/30/15<br>1/12/16<br>2/4/16<br>2/12/16<br>3/10/16<br>4/12/16<br>5/12/16<br>6/9/16<br>7/1/16<br>8/11/16<br>10/12/16 | Reimbursement of credit cards purchases material for projects to Francisco J. Lasanta Morales, Master Card Account Number 531054000055201 7 |
| | **BANCO POPULAR DE PUERTO RICO**<br>**PO BOX 263708**<br>**SAN JUAN, PR 00936-2708** | 223646.36 | | |

Relationship to debtor
**Managing Member Credit Cards**

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 27, 2016**

_____          **Francisco J. Lasanta Morales**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing Member** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

**CERTIFIED COPY OF RESOLUTION OF THE BOARD
OF DIRECTORS AUTHORIZING THE FILING OF
PETITION FOR REORGANIZATION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE**

RESOLVED:  Whereas **OIB, LLC** (the "LLC") is unable to meet its obligations as they mature; and

Whereas, creditors have undertaken and/or are threatening to undertake steps to obtain possession of the LLC's assets; Now therefore,

Be it resolved that a Petition in Proceedings under Chapter 11 of the Bankruptcy Code be filed by the LLC and that Francisco J. Lasanta Morales, be and hereby is authorized to execute on behalf of the LLC and for it all the necessary documents for the filing of a Petition under Chapter 11 of the Bankruptcy Code; and be it further resolved;

That Francisco J. Lasanta Morales, be and hereby is authorized to pay unto the Clerk of the Court all necessary filing fees required by law by the LLC or in its behalf, and be it further resolved;

That Charles A. Cuprill P.S.C. Law Offices be employed to act as counsel for the LLC in such bankruptcy proceedings.

The undersigned hereby certifies that he is the Secretary of the LLC, and that the above is a true and correct copy of a resolution adopted by its Board of Directors at a duly constituted meeting held on the 23rd day of December, 2016, in accordance with its regulations; that quorum was present at said meeting; that said resolution has not been revoked, modified, annulled or amended in any manner whatsoever.

In witness hereof, I have hereunto set my hand and affixed the seal of said corporation this 27th day of December, 2016.

_____
Francisco J. Lasanta Morales
SECRETARY

*Certified Copy of LLC Resolution*
Page - 2 –

I, Francisco J. Lasanta Morales, secretary of **OIB, LLC** of legal age, executive, married, and resident of Ponce, Puerto Rico, do hereby certify under penalty of perjury, that the statements contained in the foregoing document are true according to the best of my knowledge, information and belief.

San Juan, Puerto Rico, this 27th day of December, 2016.

Francisco J. Lasanta Morales
**SECRETARY**